UNITED DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY LAUX, and<br>REGINA LAUX<br><br>      Plaintiffs,<br><br>Vs.<br><br>WESTFIELD INS. COMPANY,<br>WESTFIELD NATIONAL INS. CO.,<br>and AMERICAN SELECT INS. CO. | CASE NO.  1:19-cv-1271 |

## NOTICE OF REMOVAL

Defendants, Westfield Insurance Company, Westfield National Insurance Company, and American Select Insurance Company, by counsel, pursuant to 28 U.S.C. § 1441(a) and 1446(b) states as follows:

1. On February 28, 2019, plaintiff Jeffrey Laux filed his Complaint for Damages in the following State Court action: *Jeffrey Laux, plaintiff, vs Westfield Insurance Company and Westfield National Insurance Company, defendants,* Cause No. 49D02-1902-CT-008286, Marion County Superior Court 2 ("State Court Action").

2. On March 1, 2019, the defendants were served by certified mail with the State Court Action Summons and Complaint.

3. Counsel for Westfield Insurance Company and Westfield National Insurance Company advised counsel for Plaintiff that the proper party defendant should be American Select Insurance Company.

4. On March 27, 2019, as a result of the information provided as to the proper Defendant, the plaintiffs Jeffrey Laux and Regina Laux filed an Amended Complaint for

damages in the State Court Action adding Regina Laux as a party plaintiff and further adding American Select Insurance Company as a party defendant.

5. Attached hereto as Exhibit 1 are true and correct copies of the following documents filed in the State Court Action

(a) Appearance by attorney Rob King for Plaintiff Jeffrey Laux;
(b) Plaintiffs' Jury Demand;
(c) Summons issued to Westfield Insurance;
(d) Summons issued to Westfield National Insurance Company;
(e) Complaint for Damages (attached Insurance Policy);
(f) Notice of Successful Service on Defendants Westfield Insurance Company and Westfield National Insurance Company;
(g) Appearance of Rebecca J. Maas and Kimberly E. Howard for Defendants Westfield Insurance Company and Westfield National Insurance Company;
(h) Jury Request by Defendants; and
(i) Defendants' Automatic Notice of Enlargement of Time to Answer Complaint for Damages through April 30, 2019;
(j) Amended Complaint for Damages;
(k) Amended Appearance by Rob King and David Thompson for Plaintiffs;
(l) Summons issued to American Select Insurance Company;
(m) Appearance of Rebecca J. Maas and Kimberly E. Howard for Defendant American Select Insurance Company.

6. There is complete diversity of citizenship between the parties:

(a) Plaintiffs are citizens of the State of Indiana who reside in Boone County, Indiana; and

(b) Defendants Westfield Insurance Company, Westfield National Insurance Company, and American Select Insurance Company are Ohio corporations with the principal place of business and nerve center in Westfield Center, Medina County, Ohio.

6. The amount of controversy, exclusive of interest and costs, exceeds the sum of Seventy Five Thousand Dollars ($75,000.00). Plaintiff Jeffrey Laux settled his bodily injury claim against the Tortfeasor for Fifty Thousand Dollars ($50,000.00) and now he and his wife Regina Laux seek:

(a) Underinsured Motorist Bodily Injury ("UIMBI") coverage under his insurance policy for UIMBI limits of liability of Five Hundred Thousand Dollars ($500,000.00);

    (b)    Compensatory and punitive damages for alleged bad faith; and attorney fees.

7. Subject matter jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1332(a).

8. Venue lies in this Court pursuant to 28 U.S.C. § 1391(b).

9. In accordance with 28 U.S.C. § 1446(d), the undersigned counsel for Defendants will promptly (a) file a file marked copy of this Notice of Removal with the Clerk of the Marion County Superior Court 2; and (b) serve all parties with a file marked copy of this Notice of Removal.

WHEREFORE, Defendants, by counsel, pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(b), and 28 U.S.C. § 1332(a) removes the State Court Action from the Marion County Superior Court 2.

    Respectfully submitted,

    */s/ Rebecca J. Maas*
    */s/ Kimberly E. Howard*
    Rebecca J. Maas, #14090-49
    Kimberly E. Howard, #16075-49

SMITH FISHER MAAS HOWARD & LLOYD,P.C.
7209 N. Shadeland Avenue
Indianapolis, Indiana 46250
317/578-1900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon the following, by First Class, U.S. Mail, postage pre-paid, this 28th day of March, 2019.

Robert D. King, Jr. #20963-49
The Law Office of Robert D. King, Jr. PC
22 E. Washington Street, #310
Indianapolis, IN 46204
rking@robertkinglaw.com

Clerk
Marion County Superior Court 2
W-122 City-County Building
200 E. Washington St.
Indianapolis, IN 46204-3381

*/s/ Rebecca J. Maas*
*/s/ Kimberly E. Howard*
Rebecca J. Maas, #14090-49
Kimberly E. Howard, #16075-49