UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY LAUX, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:19-cv-01271-JPH-DML |
| ) | |
| WESTFIELD INS. COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## Entry and Order from Initial Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on May 20, 2019, with the magistrate judge. The case management plan submitted in this case is approved as modified by the magistrate judge in the margins of the case management plan.

This case is set for a telephone status conference on **August 20, 2019, at 11:00 a.m. (Eastern Time),** with Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 6/6/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system